3602 N. South Dakota Avenue
Florence, Arizona 85132-8432
January 9, 2018

Honorable Charles R. Pyle
U.S. Magistrate Judge
United States District Court
123 N. San Francisco Street
Suite 200
Flagstaff, Arizona 86001-5253

FILED ___ LODGED
___ RECEIVED ___ COPY
JAN 1 2 2018
CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

ref. ISSUES involved in / pertaining to this "Rawls matter"

Dear Judge Pyle;

You requested (probably an Order?) that I set out (as briefly as I could, but précis is just not how my mind works, unfortunately) the ISSUES of this very, very lengthy matter, in 15 pages (or less). I wanted to make it as "short" (not lengthy) as possible but six decades of their muddying an otherwise simple matter of simple (not involved) law has made it hard to peer through their several obfuscations against Law. One has to wade through and clear away all of that now in order to get down to the simple law of the matter.

IT seems to me this matter is not suited for Magistrate Court — ? Maybe it is? I have as yet to find legal help.

I am enclosing what I have done for the Court and closely related items, like my first book I wrote as mentioned in the 15 pages requested.

Sincerely
D R Rawls
David R. Rawls

David R. Rawls, age 74
Occupation (see footnote)
3602 N. South Dakota Ave.
Florence, Arizona 85132
January 8, 2018

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

United States of America,
    Plaintiff,

vs.

David R. Rawls,
    Defendant.

Case #: 17-04336PO-PCT-CRP

**MERITORIOUS ISSUES/FACTS AND THE LAW CONTROLLING HERE BY THE CONSTITUTION**

A. The art of government is honesty. — Thomas Jefferson

B. Treacherous government is not American. It is treason. — David Rawls

C. Three America — THIS IS America! — Flags waving FREE over, in, ABOUT AMERICA were taken down, and thus "cancelled" out at Blue Jay, at America (2014-2016) by the U.S. Forest Service due to no <u>authorizing permit</u>/permission from it/them allowed the activity! America Flag number 4 <u>was left up and not removed by the U.S. Forest Service on August 4, 2016</u>. To <u>my</u> offer, Parker responded, "<u>Leave it up.</u>"

---

(footnote) Occupation: Beginning as a boy (10, 9?, 11?) a parttime summer helper in our Rawls Family Quarries. As a teenager I worked with Dad, and on into my twenties. It was our Life, livelihood, and very gratifying/rewarding — needlessly ended only by our being grossly <u>trampled</u>

(continued)

C. To see/understand fully, correctly a wide in scope picture landscape (situation) all of it must be seen together — at one time, one place. Looking into, at parts <u>separately</u> can be <u>deceiving</u> — as in their "Rawls matter".

## ISSUES IN "RAWLS"/THIS MATTER
## SIX DECADES LONG

### I. AMERICA

a. America originates by and from government as its/the source of origin?

b. America, after 1776 anno Domini, no longer exists <u>primarily</u> under <u>or even generally</u> as some product or at the pleasure or whim of <u>Government</u> and power/PROPER authority? Since 1776 America <u>exists</u> <u>with</u> Government as part of it as contrasted to being <u>under</u> it. The 1776 Founders believed good Government is not HOSTILE TO/antagonistic against Man's Deity-given Liberty and Freedom and Worth, and is very <u>respectful</u> of Rights and property. America and Old World power are very different.

### II. Blue Jay - WHO OWNS BLUE JAY:

a. Blue Jay at all points, and all times since its inception/occupation by Rawls/

---

(footnote continued)
upon/down by territorial days or <u>Old World</u> no respect, brazen, arrogant, heavy-handed virtually totalitarian power (able to make itself unaccountable), impoverishing us in only a few years. Being caught by/in their <u>imposed</u> litigation and its costs trying to defend ourselves/our life against that and an even wider <u>internal</u> war upon <u>America</u> I have been, without any pay, but much cost, all these decades standing ∧ America. I wrote a 222 page book for America on this. FOR

Marion D. Rawls in 1949-1950 is and has been Government property?

**b.** Blue Jay, not being a U.S. Forest Service use permit or a lease contract, is of a much higher nature/<u>character</u> than that and is personal and owned property and not the same as land that is Public Domain land.

**b. Part 2.** Once/<u>because</u> (when) valid (legal) the owner of Blue Jay, this Defendant-Writer, has the Law's **PROMISE OF** the written signed and stamped acknowledgment of being owned by David Rawls (not by Government) called the patent document. (It is being backstabbed also, AFTER I had applied and paid the fees for that document.)

**b. Part 3.** Since the planning of the realignment for Santa Fe by the R.R. and U.S.F.S. began 4, 5, or more years <u>prior to</u> the Forest Service authorizing (and falsely vis-à-vis Rawls) the <u>trespass</u> by Santa Fe they, the U.S.F.S. and Santa Fe, could have had their attacks of our properties [and our LIVES] <u>before</u> actual construction began, but they did not until we had to sue the R.R. for trespass! They attacked only after trespassing and liable for the great damages.

Fully aware the R.R. realignment was to be on our properties the U.S.F.S. Ranger, Lee Foster, came <u>before</u> construction <u>damages</u> to assure us (Dad, Mom, and myself in his presence) that we had nothing to be concerned about because the Forest Service was protecting our interests.

b. Part 4. Validating Blue Jay is the fact that Blue Jay was not attacked by the Government/the U.S. Forest Service when our/Rawls' other properties were attacked by the U.S.F.S. and crooked railroad. And the R.R.'s attack of Blue Jay as improper for being non-locatable due to the ground not being open to mining entry just could not/did not hold up. A smoke screen attack only.

b. Part 5. The 1892 Building Stone Act, 30 U.S. Code Section 161, as enacted and by which Blue Jay is and became Rawls' lawful property BUTTRESSED by Title 30 U.S. Code § 38 also — ownership that is acknowledged by Document and Section 38 by way of a kind of reverse statute of limitations against! Government withholding the Document (the "patent") for mining claims — makes Blue Jay established as having patented status/quality/condition/full ownership — that is "also" condign.

b. Part 6. U.S.F.S. Geologist Robert E. Wilson's (4-8-'64) Mineral Report — APPENDIX F, page 123 in my book — of the events surrounding/involved in their run up/preparations to ATTACK!!! us/Rawls in Executive Branch court/by Star Chamber has conveniently left out/not included any mention of or specification of the destruction of Blue Jay/Rawls' property and when in time. Which shows partiality by the agency. U.S.F.S. Ranger Foster/The U.S. Forest Service knew prior to reassuring us we were being protected because the ground had been surveyed by or for the railroad.

b. **Part 7.** The Forest Service and Interior LOST when they litigated AGAINST Blue Jay so as to invalidate it (and me) in <u>1984-1985</u> in both federal U.S. District Court before Judge Charles E.?H. Hardy, U.S. District Judge — probably an <u>ex parte</u> action only, I now realize — and in Interior (A-021016, <u>1985</u>) where they, after only three of the incompleted six days scheduled, <u>FLED</u> so as to avoid that fraud-based attack/process being exposed by/in the record (transcript) and by the (a) <u>written</u> ruling. Their Motion to Dismiss (a sham) was only a Motion to flee, to flee from facts, the Law, the truth, and Justice AND to avoid condemning what they were up to do in Rights and Law they knew were against them and only on Rawls'/my side. <u>Back To</u> U.S. District Court in <u>1985</u> they deceived the court by not being forthright so as to get the court to <u>treble fine</u> me in an amount of $8,855.$\frac{22}{xx}$ — for not producing Blue Jay <u>sales records</u> [for the prior <u>1985 Interior</u> "<u>court</u>," <u>not for</u> <u>the U.S. District Court</u>] back twenty-nine (29) years to <u>1955</u> WHEN I, David Rawls, <u>WAS TWELVE</u> years old and did not own Blue Jay — besides <u>not</u> having such (non-existant) records* to produce by the court order (two pages) so as to satisfy the 1984 court Order. Obtained via deception, no doubt. Against Rawls.

*Those records <u>no</u> longer existed and <u>not needed</u>/Mamie Vaughn, 1980 Wyo..

b. Part 8. Dr. Ron Blakey, geologist, Northern Arizona University Geology Department Professor (now retired) testified one day in Phoenix on behalf of truth and on my side in 1985 in AO21016 against BLUE JAY. Testimony by Dr. Blakey was also one of the several primary reasons the U.S. Forest Service CHOSE to flee from their meritless, and fraud-centered "court" by the U.S. Department of the Interior — villain also, that is too cozy with the Forest Service also because they are essentially "kissing cousins" in and of (and also about) their same game: Land control, including its wealth. Dr. Blakey spent his career, including Chair of the N.A.U. Geology Department for a time, specializing in stratified rock formations concentrating mostly on sedimentary sandstone formations of which our (the) Coconino [flagstone] Sandstone is one. And he found our thinly-bedded [flagstone] sandstone to satisfy both the 1892 Law and their 1955 law,* that they got (bamboozled/misled by puffery and half-truths/lies to the Congress to get) Congress to enact as law — with modification to save the Building Stone Act, and to leave materials [for building purposes] that have "some property giving the deposit distinct and special value" open to the use of mining law for one's use and ownership. (The 1955 law does not say: some unique property. The two land agencies added unique so as to make building stone, all of it, not special enough (unique) as "only building type stuff" to be unique/lawful!)

* Two statements — 5-8-'96, 12-9-'91 — by Dr. Blakey are appended.

b. Part 9. The Interior Department Star Chamber they flew in 1985 (A-021016) found Dr. Blakey's counterpart, U.S.F.S. Geologist Hilton Cass, saying under oath that he found Blue Jay exhausted as to good stone that could be marketed for a profit successfully — pretty much exhausted. Dr. Blakey found and testified VERY MUCH to the contrary. In his May 8, 1996 Report Concerning Quality and Quantity of Coconino Building Stone in Blue Jay Claim he — highly knowledgeable on such stone and extensive experience with the Arizona and Colorado sandstone flagstones! — stated/wrote:

1. "The claim contains some of the finest quarry stone I have ever seen. I am very familiar with the Coconino Sandstone and have published three major and several minor papers regarding the Coconino in national scientific books and journals. The splitting properties and size of the blocks that can be recovered from the Blue Jay Claim make this stone valuable for a number of uses including floor tiles, table tops, decorative stone, and dimension stone."

"2. Most of the commercial-quality stone is still in the ground. Only a fraction of the total amount and value has been quarried and sold. I estimate that at least 13 million cubic feet of commercial stone is still in the ground on the property."

"3. The trend of the bedding planes that control how the stone can be quarried is very favorable. Most trend SE to SW which is downhill on the claim. Immediately SE of the Blue Jay Claim is a large, active quarry. This quarry shows that favorable Coconino Sandstone is at least 25-40 feet thick."

"4. The stone in the Blue Jay and surrounding quarries is commercial and valuable. It is currently being shipped nationwide."

"5. The Blue Jay claim fulfills the existing mining law as a <u>valuable</u> mineral deposit. This includes both title 30, US code section 161 of 1892 and title 30, US code section **611**, 1955." [emphasis added by David Rawls]

"Please feel free to contact me if you have any questions concerning this report."

He signed and dated his report: Ronald C. Blakey 5/8/96
A copy is appended and a copy of his statement/report dated December 9, 1991. *

<u>Because</u> I, David Rawls, worked many days, for years as a boy, teenager, and young man, and later on older, as imposed circumstance disallowed and allowed, I will add my experience-based and educated and thoughts "<u>two bits</u>" (25 cents) worth.

This Blue Jay stone [and also the other 6 or 7 quarries by Rawls] "got in my <u>blood</u>" because it is awesome, and to be a <u>natural</u>, versatile, and naturally splittable into its beautiful, hard, <u>even flat sheets</u> of stone (flagging) type of "rock" or <u>rather</u> stone is almost unbelievable. And truly unbelievable "because" they (some) say it and the human eye and eagle eye and Boeing 777s came from a totally uncontrolled BIG!!!!! BANG!!!!!!! in the past, billions of years ago by accident. I do not say that. Their theory means consciousness came from <u>CHAOS</u> also. **NOT LIKELY!!!!!!!!!** says David! <u>King David</u> and David Rawls. And people of wisdom in use.

III. DISCOVERY. What <u>Establishes</u> And <u>Defines</u> It:
  a. Paperwork (recording the property) comes first?
  b. Paperwork (recording the property) is not first!
  a. Discovery is defined by the Interior Dept., not by Law.
  b. Discovery is defined by Law, not by the land agencies.

---

* MY GREATLY LOVED MOTHER WAS 82 on December 9, 1991 about one year after also receiving also BRUTISH, <u>NO RESPECT</u> MALTREATMENT on Blue Jay.

a. Discovery is not of mineral wealth in Earth, having been found/discovered, but of the right piece of paper having been found. It is of paperwork that is found. When found and therefore <u>timely</u>.

b. <u>Discovery</u> is of and by <u>mineral wealth</u> that is authorized by "the 1872 Mining Law" of mining and in finding a discovery in Earth/the ground, not by and for and until paperwork. (The Ol' Prospector dug mightily into Earth and paperwork he could never find! He "was" "<u>badly</u> disappointed".) ("Maybe" in several trillion years?)

a. A Mining Law property is <u>determined</u> valid, or not, by Interior or the Interior Secretary, NOT BY LAW.

b. A Mining Law Property [1950s, 1960s, ---] <u>is established</u> BY "and" thereby determined by the <u>statutory Law</u> (when put to use). Not by people, not by people because they can be and are too often subjective instead of rationally, <u>carefully</u> objective. People can be and often all over the place/very variable because subjective on many subjects.

a. Ownership <u>resides</u> in having <u>paperwork</u>.

b. Ownership [of the mining property] <u>resides</u> in having <u>discovered</u> lawful Mining Law mineral(s) that is/are <u>valuable</u> — have <u>worth</u> to people and a country and are thereby called wealth — AS THE RIGHT TO ENTER and LOCATE/CLAIM FOR ONE'S SELF THE PROPERTY/WEALTH AS ONE'S OWN PROPERTY. Not to claim it as Government property for (or on behalf of) Government. (Of, by and for <u>government</u> is mostly a Soviet agenda.)

a. Ownership of / property in, by, and of Mining Law <u>Claim</u> is of, by, and for Government. It is a <u>Government</u> thing!

b. Ownership of / property in, by, and for and of <u>Mining Law Claim</u> is not a Government thing in America. The federal courts have declared (ruled) that "where there is a valid location" / <u>claim</u> thereafter the Government merely "<u>holds in trust</u> [FOR the claimant] a naked title."

a. A "patent" document is good (effective) only <u>after</u> applied for. (Paperwork rules.)

b. A "patent" document acknowledging ownership <u>relates</u> <u>back</u> TO the Location (Discovery in Earth) Day, the Day of <u>Discovery</u> / claimed. CLAIMED as property one <u>owns</u>. By statutory <u>Law</u> and one's effort / <u>work</u> in <u>making</u> the Discovery. (And one's initiative, not the laziness of some.)

a. Section thirty-eight (38) of Title 30 U.S. Code is not Law in the <u>instance</u> of David Rawls, Blue Jay as one's property / as owned in this matter <u>now</u> or at anytime where Blue Jay was a discovery / lawful / valid when TAKEN. "Forfeit" took it away — merely by a tool (treacherous and covetous) devised by the EXECUTIVE Branch no less.    [NO!]

b. <u>Section 38</u> by Congress as good Law was enacted as protection of PROPERTY. Property <u>owned</u>, that <u>was good</u> / <u>with</u> ESTABLISHED. Section 38 says / <u>Defines</u> Blue Jay <u>as established</u>. It says:

"Where such person or association, they and their grantors, have held and worked their claims for a period equal to the time prescribed by the statute of limitations for mining claims of the state or territory where the same may be situated, evidence of such

possession and working of the claims for such period shall be sufficient <u>to establish a right to a patent thereto under this chapter ....."</u> [emphasis added]

In my blue cover book, ~~The~~ <u>OR</u> <u>America; The Art of Government; Honesty; Power; Civility; And War Against America From Within</u>, Appendix V is a copy of the above Law by Congress. Page 216. 2006.

a. David R. Rawls, Defendant here* <u>did apply for</u> A.b. The Blue Jay-entitled and Rawls-entitled piece of signed and stamped by Interior/the Secretary paper (Document) called a "<u>patent</u>" acknowledging ownership of Blue Jay by Rawls, David R. Rawls as the Rawls Family successor-in-interest heir to Blue Jay, but as Secretary Bruce Babbitt had/caused (backstabbed) the process because AS HIS RIGHT he can and DID HAVE CONGRESS put a <u>yearly</u> moratorium on/AGAINST THE PROCESSING OF said patent application by the Appropriations Process so as to "kill" dead in the water" the pending issuance of said patent document/paper. Very hostile to "the 1872 Mining Law" (personal, private ownership of mineral wealth via the Mining Law) Babbitt had (enticed somewhat deceptively) Congress <u>stop</u> the <u>processing of</u> my patent and others also. Eleven months after I had applied and <u>paid</u> the fees for the processing! Interference that is good.

b. Bruce Babbitt and as Secretary of the Interior has <u>NO</u> such right or privilege to <u>Interfere</u>! Especially for <u>twenty-three years</u> — so far. <u>Not</u> <u>months</u>, or <u>weeks</u>. That <u>cost</u> me <u>TIME</u> and <u>money</u>!!!

---

* Instead of the heading of this matter, which should not be United States of America but instead United States Forest Service with the U.S. Forest Service as the <u>criminal</u> it is and as <u>Defendant</u>, not Plaintiff.

AND NOW TO MENTION DISDISCOVERY:

Inasmuch as the Secretary're and Interior's power to do away with statutory Law—killing it unconstitutionally by the appropriations bill process — to deny thereby one's/my patent — it is true to form (backstabbing in other words) for Interior and the Secretary to also kill the 1872 Mining Law and what it creates (property, wealth, jobs, prosperity, the American Dream, etc.) by FORFEIT [of one's Life/livelihood/security/prosperity, Liberty, Freedom, a good future/peace/sense of deserved belonging/selfhood] with the FORFEIT of one's very hard to come by and far, far! more than earned property* property by a shoddy, cheap, sleazy, Deadline for the sole purpose of dispossing one of his/her property — and independence against government type Totalitarianism. !!! DECADES OF TOUGH, almost backbreaking work, investment, plans for the good much prosperity ahead future, together with expectation that Law-works for good NOT FOR BAD/evil that is even wicked can now "legally" be thrown down via days or even hours (not DECADES) by the Deadline PLOY as in the Madison D. Locke case cited in Plaintiff's opposition position that is footnote 3 thereof, page three by Mr Stearns this 28th day of November, 2017. The U.S. Court of Appeals for the Ninth Circuit GOT IT RIGHT and very much so !!! consistent with AMERICA — not for Old World style british kind of POWER — but the U.S. Supreme Court, 5 to 4, mistakenly reversed in favor of the B.L.M. against Locke. Because Justice O'Connor ERRED.

---

*The misspelled word above is prosperity. I meant to write there: ~~properit~~ property.

Justice O'Connor's error, easy to make (or maybe made "for" her by a clerk), will be set out elsewhere later in this court proceeding. A mistake/error a lot of people honestly make. However the U.S. District court found/ruled there was inconsistency with how legal deadlines are set and far too much loss of properties (mining claims) as a result, for the deviant deadline to be proper and Constitutional. And that BLM itself has caused the Locke's to be in such an irrational! situation. Not Locke's fault. (Was an old AMERICAN who was a cowboy heard to say, "Couldn't the deadline penalty be a little less, like HANGING TWICE?" Yes indeed!!!!!) Even a BLM booklet gave out the wrong deadline!

Here in this newest "Rawls matter" attack the CD of their Exhibits, Documents and photos (#41) they seem to have left off a copy of my NOTIFICATION, my notice against them to them, not to get them to argue against me but to tell them why they should be for me, including citing Section 38 they could have used to send a/my consign patent to me. I made it very clear/plain it was not an appeal!! Had I done nothing at all I would have lost by having not done anything, a loss by default. So the Government is possibly/very likely trying to deceive this court.

Because of all of the above (and below) good faith by the Government, or RATHER by the U.S. Forest Service and some Rogues within it as officials and personnel, is not!!!! the case since the 1950s in Rawls and not now also. Their (U.S.F.S.) many/numerous anti-mining Law (and anti-America) actions against Rawls (us) AND MANY others also show well bad faith/evil/backstabbing characterizes their agenda! My book goes into that.

Mr. Stearns'/U.S.F.S. Document 4 arguments in opposition to my Position(s) and "the U.S. Law by Congress" has conveniently left out the import or impact of Section 38 of Title 30 U.S. statutory Code! Failing to talk about/on it is strange and most interesting, to say the least. In item 8, page 3 he in effect says there is no law for me, supporting my position(s) and my property. But Title 30 U.S. Code § 38 is statutory law! Applies.

## IV. BAD FAITH OR NOT BY RAWLS? ANY OF US.

a. Bad faith use of Congressional Mining Law from/for some bad faith goal/purpose (summer cabin site, land for nothing, etc.) was not the motive reason for Rawls/us being in the business/enterprise of quarrying (producing) and selling building stone ("flagstone") from our six properties, in the path of the extremely uncivil A.T.&S.F.R.R. and its realignment in the 1950s, early 1960s. Before construction began the R.R. had, as did the U.S.F.S., Interior, I.C.C., five years to do it in the respectful right way(s)! But chose not to!! They turned out to be crooked and big time crooks. Trespassing and in BAD faith. Maliciously! Maliciously destroying the lives of people is BAD! Unlawful? UNLAWFUL! indeed.

b. Bad faith on Rawls'/our part was never at any time charged against us in this nasty, evil, wicked U.S. Forest Service, Interior Department, and as I just recently learned I.C.C. matter, and could not be charged without lying.

## V. RECORDATION CONTROLS?

It is paperwork that controls? Is first? Primary? A deposit of lawful minerals located by parties almost simultaneously is owned by who first records it?

The COURTS found, decided and ruled that it is not the race to the recorder's office (or to the B.L.M.) that is how ownership is controlled and decided. It is by Discovery; who first made the Discovery. "P.S.;" So just HOW does their bogus disdiscovery via recordation come ahead of discovery/property (that is supportive of Life) so as to be the primary and "of" first order thereby via after-the-fact becoming the property (not lease) owners via one's Discovery — the mineral material, wealth and having found/discovered it — that discovery (or property) is secondary, if that, and can be disdiscovered? By way of only paperwork! Our lawful, valuable, attractive, beautiful (in twelve colors), valid flagstone building stone, never itself found or ruled unlawful or not of value or invalid by: the Building Stone Act (1892), HAS NOT VANISHED OR EVAPORATED (or even been arrested (brutally) and taken away by Santa Fe R.R. or by the U.S.F.S.) but is still there in the ground (is the ground!) and seen as "surface" of my Blue Jay mines via Discovery by me, David R. Rawls.
[David Rawls says three hangings would be less unjust!!!!!!!!!]

Submitted respectfully by certified mail this 9th day of January, 2018. (With accompanying "footnotes" and other items.)

D R. Rawls
David R. Rawls

## CERTIFICATE OF SERVICE

I David R. Rawls, hereby under oath certify that on this 9th day of January, 2018 I mailed via United States Mail certified to the U.S. Attorney's Office, 123 N. San Francisco Street, Suite 410, Flagstaff, Az. 86001 and to Judge Charles Pyle, this document to 123 N. San Francisco Street, Suite 200, Flagstaff, Arizona 86001-5253

D R Rawls, Pro se