FILED ___ LODGED
___ RECEIVED ___ COPY
MAR 3 0 2018
CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br>Plaintiff,<br>vs.<br>David Ray Rawls,<br>Defendant. | Case No.: 17-04336po-PCT-CRP<br><br>A SUMMARY INDEX FOR THE COURT AND FOR AMERICA GIVING THE REASON(S) AS TO HOW AND WHY PLAINTIFF U.S. FOREST SERVICE SHOULD BE ON TRIAL HERE, NOT DR. RAWLS |

D.R. Rawls, for America, himself, the Constitution, fair play, the Constitution, and American Justice, AVERS:

Plaintiff U.S. Forest Service [and the Interior Department] the villain(s)/robber(s) here do not always succeed via their treacherous, wily schemes: Mamie Vaughn (Wyoming) with perceptive attorney exposed Interior's [and the U.S.F.S.'s] false standard - 56 IBLA 248 (1980) - Verrue 457 F.2d 202 (1972), NO SALES! Kenneth McClarty by the 9th Circuit also; no cite. Doria v. Morton (1979) 608 F.2d 1255 - Melton E. Baker, 613 F.2d 224, 229 - U.S. v. Anderson, 74 ID 292 (1967) one year ahead of our Rawls case - Rogers v. Watt, 726 F.2d 1376 (1984) at 1379 - U.S. v. Shumway, 199 F.3d 1093 (1999). The 4th America Flag I let wave free on my Blue Jay stayed up; U.S.F.S. lost!

1. The U.S. Forest Service law enforcement officer,
2. G. Parker, had the first three America Flags
3. which he gave back to me folded properly. I Parker,
4. later said to him, "I might as well take down
5. the [4th] flag, because you will anyway?"
6. With no hesitation he responded, "Leave it up."
7. For lack of U.S. Forest Service permission (permit)
8. they took down the first three flags. Some
9. things or activities do not have to have the
10. Government's permission (permit or license).
11. (The America - this is America - flag needs to
12. get permission to wave FREE / fly in America?)
13. I had put up flag #4 one or two hours earlier.
14. If I do not do my annual $100. of work on
15. Blue Jay property, which I have the Right to do
16. by statutory Mining Law that might be construed
17. (misconstrued) as walking away / as abandonment.
18. I was there of necessity that day, August 4, 2016.
19. The U.S.F.S. in effect locked me out of the quarry
20. area by their large reclamation bond Demand
21. of about $50,000 that I could not meet / too bond
22. poor because of them! Now. When I could do
23. quarrying I was able to give $21,700.+ in 2004
24. to charities, ministries, and tithe. And over
25. $22,000. in 2005. I CANNOT/UNABLE now to
26. do that. Thanks to Too much power /$ government.
27. And they bulldozed in / filled in all of our
28. flagstone quarries except Blue Jay. I was able
    to STOP that just before they wanted to do that.
    The order was even given. They wanted to do
    GREAT damages to Blue Jay, millions of dollars.

Plaintiff/ U.S. Forest Service makes out like I could get the permit (permission) from them. [They are masters at creating Catch 22s!]. I, in order to get them to give me a permit, (I) would have FIRST had to sign up for one of their quarry use permit leases for "Blue Jay", however it would thereafter no longer be my Blue Jay but only a use permit (permission) lease. In the early 1960s, by the way, it was 10¢ (ten cents a ton) with no tenure Rights, but it is now eight (8) dollars or more, I understand. Flagstone sells, I hear, on the West Coast from India (China?) cheaper than the Arizona flagstone. Eight dollars or so makes it very hard if not impossible to sell Arizona flagstone there. That money is much better used/given to try to help people in desperate need. I know much about desperate need — I have been there. All I need here is a neutral, impartial, honest, disinterested (not stacked) Jury and the opportunity to convince it/them beyond any doubt that justice and statutory Law by Congress has been for a long time, and still is, being subverted deliberately AND MALICIOUSLY. I hear [so many] of the/their decisions that I know as fact — no guessing whatsoever. Several months ago I was suddenly, unnecessarily, and very painfully BRUTALIZED on Blue Jay by U.S.F.S./ by a woman/ Rudnick; she plunged me down 360°s and tried to tear my right arm off. Begging her (above me) to stop, she wrenched it even more.

I

# INDEX of WHY

the two land agencies are villains, not Rawls

A. Address court and also say who I am.
  1. Including: The survivor of 60 years.
  2. This WAR I am a survivor of 60 years — only 60 years — has been cleverly, most-cleverly, concealed and disguised as being merely "good" government, but anything but good, honest gov't! No less than an intentional war — not at all politics as usual or at all what is America and fair play, called good and civil and honest. Anything but honest and good! Anything but truly American!!!
  3. It took me, David Rawls, more than 20 years to understand/comprehend the full nature or character of ~~defendants'~~ the plaintiff's activities against many victims. The lot of many victims helping it as war.
  4. Who I am includes me discover what was done to or rather against me. And against an unknown number of others (many) in mining, ranching, logging and the communities dependant on them.
  5. I suffered virtual impoverishment to a poor, much too ~~poor~~ position in my life — WHAT SHOULD HAVE BEEN MY LIFE.
  5. The severe, ~~heart~~-stopping heart attack I suffered while in this court is only part of it, tiny a small part of the damages.

II

5. (continued)
When I had the severe heart attack in U.S. District Court Magistrate Court the time I appeared before Magistrate Bridget Bade, it was after about 58½ years of having my property rights — not mere privileges — taken from me via No Respect for us, the Rawls Family's or Marion D. Rawls, Edith Rawls, and myself, that they carried out by lies, half truths, changing the statutory law themselves by creating anti-law RULES as Law, by enforcing as Law in their Executive Branch Star Chamber courts their Rules to thereby depriving the Rawls and numerous others of the statutory Law's protections of their rights, properties, Lives, well-being, wealth, time, and also the victims' future. The approximately one hour my heart stopped with 45 minutes of a MIRACLE by the Good Lord and a young man's chest compressions — two broken ribs also — it was actually part of the destruction we have suffered and have had to endure, only a tiny part of it.

6. This whole outrage is a vast insult to America! Not to Rawls only. One would of expected such maltreatment in Nazi Germany, the Soviet Union, and NEVER IN AMERICA!!

7. "Death by many bites," because it is the U.S.F.S. and Interior Department wicked

III. Method or strategy for replacing the one and only America with an Old World managerial power system. The failed Soviet Union was short on Liberty and managerial against individual Freedom because managerial is top-down rather than from the American way, from the BOTTOM UP, with the TOP <u>limited</u> and also <u>under control</u>. It turned out we were one of their many victims in their <u>nasty</u> WAR against individual Liberty, Freedom, Selfhood, Individual initiative and motivation; civility; fairplay; and honesty.

Because of their longrange, wicked attacks or longrange war against us, top statement or notion that the U.S. Forest Service is, quote, "These violations are Class B misdemeanors. 36 C.F.R. § 261.1b. THE GOVERNMENT IS <u>ONLY</u> <u>SEEKING</u> a monetary penalty (i.e., a fine)." At page 2 of Document 11, United States' AGREED MOTION TO CONTINUE THE STATUS HEARING (filed 3/13/28).

Nothing could <u>be</u> further from the truth <u>here</u> that the U.S. Forest Service <u>ONLY SEEKS</u> a monetary fine." Beginning more than 60 years ago, this is only one of a lot of lies and is merely or only part of a / their longrange <u>subversions</u> aimed against AMERICA!!!

IV. The U.S. Forest Service and its pissing cousin or fellow conspirator in shutting Down America in favor of their hidden goal did a very successful job of trampling DOWN American Dream and our Lives. our

Not to worry if You are believing the Bureaucracies would never do wicked activity like running roughshod all over us and others. Because they, the U.S. Forest Service and Santa Fe R.R. greatly benefitted from that. They prevailed by POWER, but were not truly winners in the Routs case. Lies to us, empty promises to us, secret authorization to Santa Fe to trespass by both agencies, taking away our JURY RIGHT, several other lies and frauds, and having their own Executive Branch court system that are StarChambers: was perfect for doing in the Routs family. And twenty (20) years stolen from our lives also. The power systems, HOWEVER, got nothing by stealing from us, impoverishing us, NOT even an apology!!! They got off Scot free in the name of United States of AMERICA. Trampling on America is their area of expertise and specialty!!!

8. The Good Lord has an interest Himself in this ungodly and never-ending matter. I know it by 60 years of my standing up for America against those who ignorantly have contempt for what set this country country against as a very SPECIAL, diverse, GREATLY BLESSED people" and "country - One of a kind, I would say!

9. The Congress (U.S.A.) has also at times HAD HAVE TO take action - take a stand itself to put a stop to valid, valuable, lawful building stone properties often called "mining claims" from being taken away from them by the Land Department (now called The U.S. Department of the Interior) wrongfully because hostile to those lawful Mining Law properties. SO CONGRESS HAD TO ENACT THE Building Stone Act in 1892 - Even that has not stopped Interior, and the Forest Service, from in effect deliberately stealing other people's properties - just as they stole by frauds our very valuable (jive) lawful Building Stone Act properties.

I know the two "kissing cousins" evil agencies have continued to put people off their lawful, valuable properties because of Interior's Star Chamber rulings!

VI  A brief history or mention of the Land Department's trampling of Mining Claims and people's building stone deposits, Rights, and quarries is found as footnote 6, page 198, of <u>Alfred E. Coleman, v. United States</u> (1966), cited as 363 F. 2d 190, by the 9th Circuit Appeals Court. <u>Also</u> can be found as page 185, Appendix M, of my first book, <u>America; The Art of Government; Honesty; Power; Civility; And War Against America From Within</u>; 222 pages. A large format paperback book with 20 pages of color pictures. SEE the last paragraph of footnote SIX, please.

Of the many Interior Department rulings vis-a-vis on building stone claims during the time such activity was intense or at very likely a peak; rulings I read in the 1960s, and 1970s, almost all, well over 90 percent, were against the claimants and also the basic facts, and against statutory Mining Law. The ratio of wins to losses was all out of reason and thus against probitity probability to the extreme. One had read all of those decisions to really know how skewed and outrageous and odious the results are. They, to boil it all down, simply set out to get rid of Mining Law Rights, by camouflaged perversion of Law. Avia

VII

10. Eventually, after gaining an even view and insight of an even larger, wider, better area of their insidious attacks doing in America by shutting down America, I realized it was no less than war! Not at all politics as usual wherein both sides can see what is happening / occurring. Stealth hiding fraud(s) and a secret agenda so as to replace essential American foundations is one correct definition of warfare / war. An extremely unconstitutional war.

The agencies had — maybe still have — still another hostile to freedom and free enterprise be damned tactic that also worked to do in — to cancel — Mining Law that they hate. It is a demand / requirement they hatched up (not Congress) that in order to prove that one's stone is valid and true thus not "common variety" it had to sell for a higher price than other similar building stone. But the American way is free enterprise. A BASIC TENET or fundamental essence or component of FREE enterprise is the creation of A BETTER PRODUCT AT A LOWER / BETTER PRICE. That is known as competition with the right to compete.

VIII

By the way, on of great importance, is my eventual observation and finding that those who MANAGE things as a way of life DO NOT PREFER free market activity as the way for getting things done. And also that managing things of an economy and a society usually results in less production, not more, and for sale often at a higher price. Not a better price.

We/Rawls live in / by a marketplace known as free enterprise. But becoming less and less so as a result of more and more management / MORE AND more management by what is called government. And what better way to do away with free enterprise and thereby America! Because America with its FREEDOM and belief in LIBERTY stands in the way. In the way of excess stands power and its dictatorial domination. People do not do so well when they are dominated via such power. There is, as in FREE AMERICA, much MORE alacrity with and by Liberty and Freedom, and no top-down only POWER DOMINATION. Instead of by open, enlightened, FREE, respectful consent to and from those affected by the law. Of, from, for, by the few, and anti-America is what replaces America!!!

I would not have believed it had I, at age 14, been told then as prophecy the horrific HELL!! ahead.

IX.

This observer can appreciate how "utterly preposterous" what the/my above observations say seem to be. I know because I had a very hard time myself seeing what I did not wish to see.

Substituting THEIR <u>not possible to meet</u> unique standard and demand, as bogus law, very deliberately of course, to replace what the (July 23,) 1955 said/says, and wants; later hatching up also <u>their</u> "too much" rule (as defined by the 9th U.S. Circuit Court of Appeals and also debunked by it) which they/the Executive Branch invented in the Melton Baker case to circumvent thereby the Congress; use of their own Executive Branch "courts" (or rather their Star Chambers wherein Juries are NOT ALLOWED to hand out specious, fraud-based rulings; applying the 1955 law retroactively, all the way <u>back to</u> location day, and by ignoring <s>deliberately</s> the 1892 law of the case for our mining properties

(5) to thereby cancel <u>Rights owned</u> (not by them!!) to thereby rob one/us of one's/our PROPERTY RIGHTS. By doing in those rights (not privileges); the creation of their treacherous and sinister theft of one's/my owned (and even with patented RIGHT ESTABLISHED by Section 38).

X. as abandoned and forfeited (and de facto stolen also) mining property (since 1949-'50 Blue Jay property of Rawls) via use of bureaucratic paperwork (that has NO connection to Discovery which is what AWARDS OWNERSHIP — not bureaucratic paperwork and its sinister penalty) so as to rob one of his/her/my lawful, owned property that the owner/Rawls had not even a thought of abandoning ever, as "forfeited" (TAKEN) instead of imposing a fine instead as reasonable for merely being late in recording some yearly paperwork; and other also two-faced stratagies are not the only (above) backstabbing/treacheries by the U.S. Forest Service and Interior Department — Bruce Babbitt (Secretary of Interior) had the Congress suddenly after the fact impose his five year (UNENDING) moratorium on processing people's/MY application to have the Secretary send the piece of paper/acknowledgement of one's ownership. That never-ending (and thus unconstitutional because it repeals statutory law) "act" or rather moratorium was imposed (11) eleven months after I applied for my acknowledgement that I own Blue Jay — not bureaucrats who covet Blue Jay. (They attacked Blue Jay/me, and fled in 1985).

XI. My application with processing fees also paid in late October, 1993 is still dead in the water / not finished processed in the Department of the Interior even though processing / its process(es) has BEGUN! It is one of NUMEROUS outrages!!!! Unending outrages by some in the U.S.F.S. and Interior Department. The American Way? NO!!

The U.S.F.S. and Interior forfeit any/all privilege of safeguarding Mining Law by the sad, awful, outlandish fact of their being very hostile to Mining Law! As private property. Those hostile to the law are by that fact not fit / qualified / fair-minded / neutral enough to be trustworthy. As facts reveal, they are NOT. (Just before retiring as Secretary of Interior, Secretary Udall categorized the Mining Law as being bad BECAUSE OLD. Thus The Good Lord / God is in Trouble because a replacement is in need of a replacement taking over? Because old? And sound logic? No!!!

People like Rawls / myself — 60 years of no opportunity from the POWER SYSTEM to be allowed to be heard fully SO JUSTICE CAN BE HAD — once again is being, so far, again denied a / his / my day in court to present my side, my facts, my case (as defense against tyranny being foisted off as government). The U.S.F.S. and Interior are now caught in / their abuse of power against women.

XII

# A "CONCLUSION" ON THIS REQUEST

What I seek and need (FOR AMERICA ALSO) in this decades long matter/slow terrorism by requesting a Jury and allowed to present my SIDE, my FACTS, my CASE (denied until now/withheld so far) in this not brief matter/terrorism IS IN ORDER by America, that/who REVOLTED against government (against power evil) falling short on real civility, fair play, and caring sincerely about others'/people's lives and FUTURE. Terrorism is thought of being fast and rather brief — not 60 years long — but we/Rawls Family are victims big time and unnecessitarily of slow terrorism and its/their unending nasty mean-spirited war against America and not just Rawls and mining Law only. In America, home of Liberty and Freedom, it is not too much to ask to let me have my day in court. They have had TOO many (unnecessarily), I should add, Star Chamber-related type court (including no jury allowed courts).

This is not the right venue for this matter.